[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13549

Non-Argument Calendar

_____

ERICA VINSON,
TAYLOR TAYLOR,
MARK GOLDENBERG,

                                        Plaintiffs-Appellees,

*versus*

THEE TREE HOUSE, LLC

                                        Defendant,

THOMAS ORTIZ,

2                    Opinion of the Court                    23-13549

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01928-WFJ-SPF

_____

Before GRANT, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Thomas Ortiz, proceeding *pro se*, appeals from the district court's orders and judgment in favor of the plaintiffs and against Ortiz. The orders and judgment are not final and appealable, however, because the district court has not yet resolved the rights and liabilities of Thee Tree House, LLC and did not certify its judgment for immediate appeal. *See* 28 U.S.C. §§ 1291; Fed. R. Civ. P. 54(b); *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.